**EXHIBIT C
TO THE NOTICE OF REMOVAL FILED
BY DEFENDANTS ON APRIL 16, 2007**

<u>Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.</u>

07cv3071(LLS)

From:    David P. Stich [dstich@solpearl.com]

Sent:    Monday, April 16, 2007 12:16 PM

To:      Brizzolara, Caroline

Cc:      O'Donnell, Brian; Bruce Grace

Subject: RE: Railroad Insurance Underwriters

Caroline, please go ahead and sign my name to the Notice of Removal, you have my permission to do so as local counsel to Baach Robinson.

David P. Stich

---

**From:** Brizzolara, Caroline [mailto:CBRIZZOLARA@RIKER.com]
**Sent:** Monday, April 16, 2007 10:16 AM
**To:** David P. Stich
**Cc:** O'Donnell, Brian; Bruce Grace
**Subject:** Railroad Insurance Underwriters

Hi David:

Sorry to hear about the flooding in your basement. Can you please forward confirmation of your consent to our firm signing your name on the Notice of Removal?

Thanks in advance,
Caroline

Caroline Brizzolara, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
t:  973.451.8409
f:  973.451.8626
e:  cbrizzolara@riker.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and

4/16/2007

delete this e-mail and all attachments from your system. Thank You. Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com