JUDGE STANTON

07 CV 3071

Brian E. O'Donnell, Esq.
Federal Bar No. BEO-7458
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, NY 10110
(212) 302-6574
Attorneys for Excess Insurance Company Limited and
Harper Insurance Limited

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

APR 1 6 2007

| | |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CERTAIN UNDERWRITERS AT LLOYD'S, ) <br> LONDON, EXCESS INSURANCE COMPANY ) <br> LIMITED and HARPER INSURANCE LIMITED, ) <br> ) <br> Defendants. ) | Civil Action No: 07 cv 3071 (LLS) <br><br> Hon: Louis L. Stanton, U.S.D.J. <br><br> RULE 7.1 STATEMENT <br> OF DEFENDANT HARPER <br> INSURANCE LIMITED <br> ECF CASE |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Harper Insurance Limited (a private non-governmental party) certifies that certifies that it is a wholly-owned subsidiary of Harper Holding SARL whose ultimate holding company is the Enstar Group.

April 16, 2007

Respectfully submitted,

Brian E. O'Donnell
Brian E. O'Donnell, Esq. (BEO-7458)
RIKER, DANZIG, SCHERER, HYLAND

& PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, NY 10110
Tel.: (212) 302-6574
Fax.: (212) 302-6628
Attorneys for Excess Insurance Company Limited
and Harper Insurance Limited