IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

RAILROAD INSURANCE UNDERWRITERS, )
)
)
Plaintiff, )
)
v. )
)
CERTAIN UNDERWRITERS AT LLOYD'S, )
LONDON, EXCESS INSURANCE COMPANY )
LIMITED and HARPER INSURANCE LIMITED, )
)
Defendants. )

---

Kelcey Wells, being sworn states the following:

1. I am over the age of eighteen and not a party to this action.

2. On the sixteenth day of April, 2007 I served, by first class U.S. mail, a true copy of the attached Notice of Removal upon the following:

>   Allan J. Sorkowitz, Esq.
>   Sidley Austin LLP
>   787 Seventh Avenue
>   New York, NY 10019

3. Service was affected by placing a true copy of the above referenced documents in a plain wrapper and placing it in the sole custody of the United States Postal Service.

By: _____
Kelcey C. Wells
Legal Assistant
RIKER, DANZIG, SCHERER, HYLAND &
   PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Sworn to before me this
16th day of April, 2007

_____
NOTARY PUBLIC

Nicole A. Hazzard
Notary Public, State of New York
No. 02HA6105865
Qualified in Westchester County
Commission Expires February 23, 2008