Brian E. O'Donnell, Esq.
Federal Bar No. BEO-7458
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, NY 10110
(212) 302-6574
Attorneys for Excess Insurance Company Limited and
Harper Insurance Limited

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, EXCESS INSURANCE COMPANY LIMITED and HARPER INSURANCE LIMITED,<br><br>Defendants. | Civil Action No. 07-cv-3071 (LLS) (RLE)<br><br>Hon. Louis L. Stanton, U.S.D.J.<br><br>**NOTICE OF MOTION FOR AN ORDER DISMISSING THE LITIGATION AND COMPELLING ARBITRATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>[Electronically Filed April 19, 2007] |

**PLEASE TAKE NOTICE** that defendants Excess Insurance Company Limited ("Excess") and Harper Insurance Limited ("Harper"), by and through their attorneys, Riker, Danzig, Scherer, Hyland & Perretti LLP, upon the annexed Certification of Brian E. O'Donnell dated April 19, 2007 and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, hereby move this Court pursuant to 9 U.S.C. §§ 3, 4 and 206 for an Order dismissing the captioned action and compelling plaintiff Railroad Insurance Underwriters to proceed to arbitration of its claims against defendants herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Excess and Harper request oral argument if timely opposition to this motion is received.

Dated:     April 19, 2007

By:   /s/
       Brian E. O'Donnell (BEO-7458)
RIKER, DANZIG, SCHERER, HYLAND
  & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, NY 10110
(212) 302-6574
Attorneys for Defendants Excess Insurance Company Limited and Harper Insurance Limited

**TO:**   Allan J. Sorkowitz, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Attorneys for Plaintiff Railroad Insurance Underwriters

David P. Stich, Esq.
SOLOMON PEARL BLUM HEYMANN & STICH LLP
40 Wall Street, 35th Floor
New York, NY 10005
(212) 267-7600
        -- and --
Bruce R. Grace, Esq.
BAACH ROBINSON & LEWIS PLLC
1201 F Street,NW,Suite 500
Washington, DC  20004
(202) 659-6742
Attorneys for Certain Underwriters at Lloyd's, London