**EXHIBIT E**
**TO THE CERTIFICATION OF BRIAN E. O'DONNELL**
**DATED APRIL 19, 2007**

<u>Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.</u>

07cv3071(LLS)

```
**************** -COMM. JOURNAL- ******************* DATE MAY-20-2005 ***** TIME 11:35 ********

        MODE = MEMORY TRANSMISSION              START=MAY-20 11:23    END=MAY-20 11:35

           FILE NO.=442

   STN    COMM.           STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES      DURATION
   NO.

   001    OK        ☎823037251694252539                              003/003    00:00:55
   002    OK      ◆ ☎8230372519901144207342915                       003/003    00:01:17
   003    OK      ◆ ☎8230372519901144207342915                       003/003    00:01:17

   005    OK        ☎8230372519901144207617442                        003/003    00:00:58
   006    OK        ☎8230372519912013568500                           003/003    00:01:32
   007    OK        ☎8230372519901144207560399                        003/003    00:00:47


                                                    -MENDES & MOUNT, LLP       -

***** UF-8000 ********************** -M&M, LLP NY     - ***** -    1 212 261 8750- *********
```

FILE NO. ___372,519___

# MENDES & MOUNT, LLP
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5415
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

## FAX TRANSMISSION

| (1) | John Comeau | Affiliated Reinsurers | 212-425-2539 |
| (2) | Mark Messent | Equitas | 011 44 20 7342 2915 |
| (3) | Liz Sutherland | Equitas | 011 44 20 7342 2915 |
| (4) | Henry Monaghan | Downlands Liability Management | 011 44 20 7617 4422 |
| (5) | Theresa Gallagher | Guy Carpenter | 201-356-8500 |
| (6) | Pat Butler | C.E. Heath | 011 44 20 7560 3990 |

RE:    R/I: Railroad Insurance Underwriters
Quota Share Reinsurance
A/C: Various Asbestos, Health Hazard and Environmental Claims
London Broker: C.E. Heath
Period: 1963-1969
Our File: 372,519 et al.

PLEASE SEE THE ATTACHED LETTER IN REFERENCE TO THE ABOVE-CAPTIONED MATTER.

FROM:          ___Ellen R. Clarke___

DATE:          ___5/20/05___

NO. PAGES:          ___3___

IF YOU HAVE NOT RECEIVED TOTAL NUMBER OF PAGES OR NEED ASSISTANCE, PLEASE CALL (212) 261-

Transmitted by: ___Km___

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

FILE NO. _____372,519_____

# MENDES & MOUNT, LLP

### 750 SEVENTH AVENUE
### NEW YORK, NY 10019-6829
### TELEPHONE: (212) 261-8000
### FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

## FAX TRANSMISSION

| | | | |
|---|---|---|---|
| (1) | John Comeau | Affiliated Reinsurers | 212-425-2539 |
| (2) | Mark Messent | Equitas | 011 44 20 7342 2915 |
| (3) | Liz Sutherland | Equitas | 011 44 20 7342 2915 |
| (4) | Henry Monaghan | Downlands Liability Management | 011 44 20 7617 4422 |
| (5) | Theresa Gallagher | Guy Carpenter | 201-356-8500 |
| (6) | Pat Butler | C.E. Heath | 011 44 20 7560 3990 |

RE:    R/I: Railroad Insurance Underwriters
       Quota Share Reinsurance
       A/C: Various Asbestos, Health Hazard and Environmental Claims
       London Broker: C.E. Heath
       Period: 1963-1969
       Our File: 372,519 et al.

PLEASE SEE THE ATTACHED LETTER IN REFERENCE TO THE ABOVE-CAPTIONED MATTER.

FROM:    _____Ellen R. Clarke_____

DATE:    _____5/20/05_____

NO. PAGES:    _____3_____

IF YOU HAVE NOT RECEIVED TOTAL NUMBER OF PAGES OR NEED ASSISTANCE, PLEASE CALL (212) 261-

Transmitted by: _____

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU

# MENDES & MOUNT, LLP

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725
DIRECT DIAL: (212) 261-8395

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

May 20, 2005

**VIA FACSIMILE**

Mr. John L. Comeau
Affiliated Reinsurance Association
15 Maiden Lane, Suite 800
New York, NY 10038

> RE:   R/I: Railroad Insurance Underwriters
> Quota Share Reinsurance
> A/C: Various Asbestos, Health Hazard and Environmental Claims
> London Broker: C.E. Heath
> Period: 1963-1969
> Our File: 372.519 et al.

Dear Mr. Comeau:

We are in receipt of your letter dated May 3, 2005 responding to ours of April 29.

The reinsurance contracts at issue were entered into for and on behalf of the Member Companies "as their respective interests may appear". Your letter confirms what Mr. Vitelli previously advised, namely that the Members' interests have changed from that previously advised, to address the insolvency of one Member, Reliance. Reinsurers are entitled to know the new participations and to confirm that all changes were done in accordance with the pool agreement (RIU Constitution). Further, Reinsurers are entitled to documentation to confirm that the Reliance share of losses has been properly accounted for by you and the Member Companies.

Therefore, we again request that you advise the current participation of each pool member, by year. Also, please provide documentation reflecting that the change in members' shares was made pursuant to the RIU Constitution and Rules. In this regard, we again request the minutes of all Executive Committee, annual, or special meetings wherein the issue of Reliance was discussed, and all correspondence concerning the matter. Please also provide copies of any correspondence to or from Reliance and/or the liquidator related in any way to Reliance's participation in the RIU pool.

Mr. John Comeau
Mendes & Mount File 372,519
Page 2

Also, please advise the date of the RIU quarterly billing in which the revised shares were first applied. To the extent that the revised shares applied to the individual claims/payments at different times, please provide this information per claims/payment. Please confirm that all participating members have actually paid the Reliance shares.

Thank you for your attention to this matter.

Very truly yours,

Mendes & Mount, LLP

By: _____
Ellen R. Clarke

cc:    Mark Messent, Equitas
       Liz Sutherland, Equitas
       Henry Monaghan, Downlands Liability Management Ltd.
       Theresa Gallagher, Guy Carpenter
       Pat Butler, C.E. Heath