EXHIBIT F
TO THE CERTIFICATION OF BRIAN E. O'DONNELL
DATED APRIL 19, 2007

Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.

07cv3071(LLS)



**Affiliated Reinsurance Associations**

15 Maiden Lane, Suite 800 • New York, NY 10038 • (212) 363-2950

JOHN L. COMEAU
PRESIDENT

EXCISE BOND UNDERWRITERS
RAILROAD INSURANCE UNDERWRITERS
REGISTERED MAIL INSURANCE ASSOCIATION

RECEIVED
MAY 2 6 2005
M. & M., LLP
Answered ___ FILE ___

May 24, 2005

Ms. Ellen R. Clarke
Attorney at Law
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Dear Ellen:

I am in receipt of your fax of May 20, 2005. I believe we have a complete misunderstanding of the percentages that were changed concerning the Reliance Insurance Company. The term participation percentages, as used in your faxes of April 29 and May 20, 2005, have not been changed. The participation percentages as they appear on the Participation Sheets that were forwarded to all members have never been changed and will not be changed.

The problem we encountered with the situation concerning the Reliance was an internal accounting procedure for averaging expense and loss payments. Obviously, with the old averages, we were not in the position to reimburse the member company paying these expenses and losses on behalf of the other members. This required us to amend our internal accounting averages, which were approved by the Committee of Officers.

Again, I want to reiterate the fact that the participation percentages have not been amended.

Very truly yours,

John L. Comeau

JLC:xm

cc:   James T. Vitelli - RIU Chairman
      Teresa Gallagher D'Asaro - Guy Carpenter & Co.
      Mark Messent, Equitas
      Liz Sutherland, Equitas
      Henry Monaghan, Downlands Liability Management Ltd.
      Pat Butler, C.E. Heath
      Ileana Diaz, Mendes & Mount, LLP