**EXHIBIT G**
**TO THE CERTIFICATION OF BRIAN E. O'DONNELL**
**DATED APRIL 19, 2007**

Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.

07cv3071(LLS)

# MENDES & MOUNT, LLP

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8395

August 18, 2005

Mr. John L. Comeau
Affiliated Reinsurance Association
15 Maiden Lane, Suite 800
New York, NY 10038

RE:   R/I: Railroad Insurance Underwriters
      Quota Share Reinsurance
      A/C: Various Asbestos, Health Hazard and Environmental Claims
      London Broker: C.E. Heath
      Period: 1963-1969
      Our File: 372.519 et al.

Dear Mr. Comeau:

With further reference to this matter, and further to our exchange of correspondence earlier this year, we understand that the percentages used for calculating the shares of loss and expense have changed internally for RIU to account for insolvencies. These internal changes have been approved by the Committee. First, can you please provide us with the documentation reflecting the approval of the Committee. Secondly, can you please provide the percentages being used since the Reliance insolvency. Please also advise from when those percentages have been applied.

Thank you for your attention to this matter.

Very truly yours,

Mendes & Mount, LLP

By: _____
    Ellen R. Clarke

cc:   Mark Messent, Equitas