EXHIBIT I
TO THE CERTIFICATION OF BRIAN E. O'DONNELL
DATED APRIL 19, 2007

Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.

07cv3071(LLS)

## Brizzolara, Caroline

**From:** Sorkowitz, Alan J. [asorkowitz@sidley.com]
**Sent:** Friday, March 09, 2007 5:05 PM
**To:** Brizzolara, Caroline
**Cc:** O'Donnell, Brian; Philippoff, Arlene
**Subject:** RE: Railroad Insurance Underwriters v. Certain Underwriters at Lloyd's, et al.; Supreme Ct., NY County, Index No. 600576/07

Sorry I didn't return your call; was in a conference room all day.

Extension is confirmed. Have a good weekend.

Alan J. Sorkowitz
Counsel
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5791
fax: (212) 839-5599
asorkowitz@sidley.com

---

**From:** Brizzolara, Caroline [mailto:CBRIZZOLARA@RIKER.com]
**Sent:** Friday, March 09, 2007 3:33 PM
**To:** Sorkowitz, Alan J.
**Cc:** O'Donnell, Brian; Philippoff, Arlene
**Subject:** Railroad Insurance Underwriters v. Certain Underwriters at Lloyd's, et al.; Supreme Ct., NY County, Index No. 600576/07

Dear Mr. Sorkowitz:

As I mentioned in the voice mail I left for you earlier today, this firm represents Harper Insurance Limited (f/k/a Turegum Insurance Co.) in the above matter. On behalf of Harper, we hereby request a 30-day extension of time to appear, answer or otherwise respond to the Complaint. We understand that your client has given the other defendants in this matter such an extension, and hope that your client will agree to give Harper such an extension as well.

Please let me know, at your earliest convenience, whether your client will agree to extend Harper's time to appear, answer or otherwise respond to the Complaint until April 16, 2007.

Thank you, in advance, for your professional courtesies.

Regards,

Caroline Brizzolara, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue

Morristown, NJ 07962-1981
t: 973.451.8409
f: 973.451.8626
e: cbrizzolara@riker.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You. Riker Danzig Scherer Hyland Perretti LLP One Speedwell Ave Morristown, NJ 07962 (973) 538-0800 www.riker.com

```
Sidley Austin LLP mail server made the following annotations on 03/09/07, 16:02:01:
--------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


****************************************************************************
```