UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS,<br><br>                                       Plaintiff,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S,<br>LONDON, EXCESS INSURANCE COMPANY<br>LIMITED and HARPER INSURANCE LIMITED,<br><br>                                     Defendants. | Civil Action No. 07-cv-3071 (LLS) (RLE)<br><br>Hon. Louis L. Stanton, U.S.D.J.<br><br>**CERTIFICATE<br>OF SERVICE**<br><br>[Electronically Filed on April 19, 2007] |

        I, CAROLINE BRIZZOLARA, hereby certify that:

        1.     I am over the age of eighteen and not a party to this action.

        2.     On this date, I caused to be served, by overnight delivery service, a true copy of the following documents upon counsel for plaintiff Railroad Insurance Underwriters, Allan J. Sorkowitz, Esq. of Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019:

        a.     A Notice of Motion for an Order Dismissing the Litigation and Compelling Arbitration, filed on April 19, 2007 by defendants Excess Insurance Company Limited and Harper Insurance Limited;

        b.     A supporting Certification of Brian E. O'Donnell dated April 19, 2007, with exhibits;

        c.     A supporting Memorandum of Law; and

        d.     A proposed form of Order.

        3.     Service was affected by depositing a true copy of the foregoing documents in a properly addressed wrapper into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery.

2

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on April 19, 2007        By:  /s/
                                        Caroline Brizzolara
                                   Associate
                                   RIKER, DANZIG, SCHERER, HYLAND
                                       & PERRETTI LLP
                                   500 Fifth Avenue, Suite 4920
                                   New York, NY 10110
                                   Attorneys for Excess Insurance Company
                                   Limited and Harper Insurance Limited