received        ORIGINAL

David P. Stich, Esq. (DPS-9096)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
*Local Counsel for Defendant*
*Certain Underwriters at Lloyd's, London*



**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S,  )<br>LONDON, EXCESS INSURANCE  )<br>COMPANY LIMITED and HARPER  )<br>INSURANCE LIMITED,  )<br>)<br>Defendants.  )<br>)<br> ) | Case No. 07 Civ. 3071 (LLS) |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David P. Stich, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

   Applicant's Name: Bruce R. Grace
   Firm Name: Baach Robinson & Lewis PLLC
   Address: 1201 F Street, NW, Suite 500
   City/State/Zip: Washington, DC 20004-1225
   Phone Number: 202-659-6742
   Fax Number: 202-466-5738

Bruce Grace is a member in good standing of the Bar of the State of New York and the District of Columbia. There are no pending disciplinary proceedings against Bruce Grace in any State or Federal Court.

Dated: New York, New York
May 8, 2007

                                         David P. Stich, Esq. (DPS-9096)
                                         Solomon Pearl Blum Heymann & Stich LLP
                                         40 Wall Street, 35th Floor
                                         New York, New York 10005
                                         Business phone: (212) 267-7600
                                         Business fax: (212) 267-2030

TO:     Allan J. Sorkowitz, Esq.
          SIDLEY AUSTIN LLP
          787 Seventh Avenue
          New York, NY 10019

          *Attorneys for Plaintiff Railroad Insurance Underwriters*

          Brian E. O'Donnell, Esq.

          RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

          500 Fifth Avenue, Suite 4920
          New York, NY 10110
          (212) 302-6574

          *Attorneys for Excess Insurance Company Limited*
            *and Harper Insurance Limited*

David P. Stich, Esq. (DPS-9096)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
*Local Counsel for Defendant*
*Certain Underwriters at Lloyd's, London*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS, <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, EXCESS INSURANCE COMPANY LIMITED and HARPER INSURANCE LIMITED, <br><br> Defendants. | Case No. 07 Civ. 3071 (LLS) |

**AFFIDAVIT OF DAVID P. STICH, ESQ., IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

David P. Stich, being duly sworn, hereby deposes and says as follows:

1. I am a partner of Solomon Pearl Blum Heymann & Stich LLP, local counsel for Defendant Certain Underwriters at Lloyd's, London ("Lloyd's") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lloyd's motion to admit Bruce R. Grace of Baach Robinson & Lewis, PLLC, as counsel pro hac vice to represent Lloyd's in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Bruce Grace since being introduced to him about thirty days ago. However, I have known the firm of Baach Robinson & Lewis PLLC for the last few

years, having worked with many of the firm's attorneys. All of the attorneys with whom I have worked are of outstanding character and I believe that Mr. Grace will be of similar good character.

4. I have found Mr. Grace to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Attached hereto are original Certificates of Good Standing for Attorney Grace from the District of Columbia Court of Appeals dated April 20, 2007 and from the Supreme Court of the State of New York, Third Appellate Division dated May 7, 2007.

6. Accordingly, I am pleased to move the admission of Bruce Grace, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Bruce Grace, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Bruce Grace, pro hac vice, to represent Plaintiff in the above captioned matter, to be granted.

_____
David P. Stich, Esq. (DPS-9096)

Sworn to before me this
8th day of May, 2007

_____
Notary Public

WILLIAM L. PLUM
Notary Public, State of New York
No. [illegible]
Qualified in Kings County
Commission Expires Nov. 2, [illegible]/10



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Bruce Ronald Grace

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **28th day of March, 1989**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **4th day of May, 2007**.



Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BRUCE RONALD GRACE**

was on the 10TH day of DECEMBER, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

David P. Stich, Esq. (DPS-9096)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
*Local Counsel for Defendant*
*Certain Underwriters at Lloyd's, London*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S,<br>LONDON, EXCESS INSURANCE<br>COMPANY LIMITED and HARPER<br>INSURANCE LIMITED,<br><br>　　　　　　Defendants. | Case No. 07 Civ. 3071 (LLS) |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David P. Stich, local counsel for Certain Underwriters at Lloyd's, London,

and said sponsor attorney's affidavit sworn to May 8, 2007, in support;

**IT IS HEREBY ORDERED** that

　　Applicant's Name: Bruce R. Grace
　　Firm Name: Baach Robinson & Lewis PLLC
　　Address: 1201 F Street, NW, Suite 500
　　City/State/Zip: Washington, DC 20004-1225
　　Phone Number: 202-659-6742
　　Fax Number: 202-466-5738
　　Email: bruce.grace@baachrobinson.com

is admitted to practice pro hac vice as counsel for Underwriters at Lloyd's, London in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      May ____, 2007

                              SO ORDERED:

                              _____
                                  U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS, ) ) Plaintiff, ) ) v. ) ) CERTAIN UNDERWRITERS AT LLOYD'S, ) LONDON, EXCESS INSURANCE ) COMPANY LIMITED and HARPER ) INSURANCE LIMITED, ) ) Defendants. ) | Case No. 07 Civ. 3071 (LLS) AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK)

YESENIA E. ZEA, being duly sworn, hereby deposes and says:

1. I am over eighteen years of age, not a party to this action and reside in Queens, New York.

2. On May 8, 2007, I served copies of the annexed MOTION TO ADMIT COUNSEL PRO HAC VICE, by depositing the same, enclosed in a securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

>   Allan J. Sorkowitz, Esq.
>   SIDLEY AUSTIN LLP
>   787 Seventh Avenue
>   New York, NY  10019
>
>   *Attorneys for Plaintiff Railroad Insurance Underwriters*
>
>        -- and --

Brian E. O'Donnell, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, NY 10110
(212) 302-6574

*Attorneys for Excess Insurance Company Limited
  and Harper Insurance Limited*

_____
YESENIA E. ZEA

Sworn to before me this
8th day of May, 2007

_____
Notary Public

Maria Tzokova Natseva
Notary Public, State of New York
Registration No. 02TZ6134544
Qualified in Westchester County
My Commission Expires October 3, 20 09