David P. Stich, Esq. (DPS-9096)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
*Local Counsel for Defendant*
*Certain Underwriters at Lloyd's, London*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAILROAD INSURANCE UNDERWRITERS, <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, EXCESS INSURANCE COMPANY LIMITED and HARPER INSURANCE LIMITED, <br><br> Defendants. | Case No. 07 Civ. 3071 (LLS) |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David P. Stich, local counsel for Certain Underwriters at Lloyd's, London, and said sponsor attorney's affidavit sworn to May 8, 2007, in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name: Bruce R. Grace
> Firm Name: Baach Robinson & Lewis PLLC
> Address: 1201 F Street, NW, Suite 500
> City/State/Zip: Washington, DC 20004-1225
> Phone Number: 202-659-6742
> Fax Number: 202-466-5738
> Email: bruce.grace@baachrobinson.com

is admitted to practice pro hac vice as counsel for Underwriters at Lloyd's, London in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      May **16**, 2007

                            SO ORDERED:

                            _Louis L. Stanton_
                                 U.S.D.J.