EXHIBIT A
TO THE SUPPLEMENTAL CERTIFICATION
OF BRIAN E. O'DONNELL
DATED MAY 31, 2007

Railroad Ins. Underwriters v. Certain Underwriters at Lloyd's, London, et al.

07cv3071(LLS)

E0277

PTO/

Company Participants: 12/1/63 - 2/28 Nov-69

| Company Name | Participation #10: 12/1/63-11/30/64 Quota Share | Participation #11: 12/64-11/66 Quota Share | Participation #12: 12/66-11/67 Quota Share | Participation #13: 21/67-11/68 Quota Share | Participation #14: 12/68-11/69 Quota Share |
|---|---|---|---|---|---|
| Aetna Casualty & Surety Co. Z 1378 | 1.00 | 2.10 | 2.38 | 2.73 | 2.96 |
| Aetna Insurance Co. 21384 | - | - | - | - | - |
| American Insurance Co. (Firmens) Z1400 | 0.75 | - | - | - | - |
| Boston Insurance Co. 21401 | 0.75 | - | - | - | - |
| Camden Insurance Co.? 21402 | 0.50 | - | - | - | - |
| Centennial Insurance Co. 21403 | 1.25 | 1.05 | 1.18 | 1.18 | 1.55 |
| Commercial Union Ins. Co. 21404 | 0.75 | 2.10 | 2.10 | - | - |
| Fireman's Fund Ins. Co. (Firemens) 21405 | 1.25 | 2.10 | 2.38 | 2.73 | 3.51 |
| General Accident Fire & Life 21406 | 1.00 | 2.10 | - | - | - |
| General Reinsurance Corp. 21407 | - | - | - | - | - |
| Great American Ins. Co. 21408 | 1.50 | 2.10 | 2.38 | 2.73 | 3.63 |
| Hanover Insurance Co. 21409 | 0.75 | 1.05 | 1.18 | 0.75 | - |
| Hartford Fire Ins. Co. 21410 | - | - | - | - | - |
| Monarch Ins. Co. of Ohio 21411 | 0.75 | 0.65 | 0.72 | 0.72 | 0.72 |
| National Union Fire Ins. Co. 21412 | 1.00 | - | - | - | - |
| New Hampshire Ins. Co. 21413 | 0.50 | 1.05 | 1.18 | 1.18 | - |
| Northern Insurance Co. (2mit.) 21440 | 0.50 | - | - | - | - |
| Northwestern National Ins. Co. 21415 | - | - | - | 1.25 | - |
| Phoenix Insurance Co. 21416 | 1.50 | 2.10 | 2.10 | 1.92 | - |
| Providence Washington Ins. Co. 21417 | 0.75 | - | - | - | - |
| Reliance Insurance Co. 21418 | 0.75 | 1.05 | 1.18 | 1.18 | - |
| St. Paul Fire & Marine Ins. Co. 21419 | 1.75 | 2.10 | 2.38 | 2.73 | 3.63 |
| Transamerica Ins. Co. (Fender) 21420 | 0.75 | 1.25 | 1.36 | - | - |
| The Travelers Indemnity Co. 21421 | 1.50 | 2.10 | 2.10 | 1.92 | 3.33 |
| United States Fire Ins. Co. (Fourfor) 21421 | 1.25 | 2.10 | 2.38 | 2.73 | 3.63 |
| Zurich Insurance Co. 21423 | - | - | - | 1.25 | 2.04 |
| Continental Casualty Co. 21424 | - | - | - | - | - |
| Total | 20.50 | 25.00 | 25.00 | 25.00 | 25.00 |



## MEMBERSHIP PARTICIPATION

| COMPANY | Participation |
|---|---|
| The Aetna Casualty and Surety Company | 8.4% |
| Centennial Insurance Company | 4.2 |
| Commercial Union Insurance Company of New York | 8.4 |
| Fireman's Fund Insurance Company | 8.4 |
| General Accident Fire and Life Assurance Corporation, Ltd. | 8.4 |
| Great American Insurance Company | 8.4 |
| The Hanover Insurance Company | 4.2 |
| The Monarch Insurance Company of Ohio | 2.6 |
| New Hampshire Insurance Company | 4.2 |
| The Phoenix Insurance Company | 8.4 |
| Reliance Insurance Company | 4.2 |
| St. Paul Fire and Marine Insurance Company | 8.4 |
| Transamerica Insurance Company | 5.0 |
| The Travelers Indemnity Company | 8.4 |
| United States Fire Insurance Company | 8.4 |
| | 100.0% |

Dec. 1, 1964